MORTON H. MEINHARD and Another, Respondents, v. HARRY J. MC-

ATEER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Smith, JJ.